**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | **Bankruptcy Case** |
| HMEZZ LLC, | ) | **No. 02-83138** |
| | ) | **Chapter 11** |
| Debtor. | ) | |
| | ) | |
| HMEZZ LLC, | ) | **Civil Action** |
| | ) | **No. 1:06CV538** |
| Appellant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| LASALLE BANK NATIONAL ASSOCIATION,) | | |
| as Trustee for the Benefit of Holders of | ) | |
| Deutsche Mortgage and Asset Receiving | ) | |
| Corporation Commercial Mortgage Pass- | ) | |
| Through Certificates, Series 1991 Comm-1 | ) | |
| | ) | |
| Appellee. | ) | |
| | ) | |

## ORDER DISMISSING APPEAL

Upon the Motion of LaSalle Bank National Association, as Trustee For the Benefit of

Holders of Deutsche Mortgage and Asset Receiving Corporation Commercial Mortgage Pass-

Through Certificates, Series 1999 Comm-1, the Appellee in this bankruptcy appeal, to dismiss this

appeal for failure of the Appellant to timely file and serve its brief within the time required by

Bankruptcy Rule 8007(a)(1), it appearing to the Court that good cause has been shown for such

motion and such motion should be granted;

It is hereby ORDERED that this appeal is hereby dismissed.

This the 11th of October, 2006.

_James A Beaty_
Chief, United States District Judge